ORIGINAL

## EASTERN DISTRICT OF NEW YORK

09/06/2011

RE: Graham Vs RJM

Dear Clerk:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★   SEP 19 2011   ★
BROOKLYN OFFICE

Enclosed please find 2 copies of the complaint to be filed with your court accompanied by a Motion to Proceed In Forma Pauperis. Please file these with your court. Your assistance is sincerely appreciated.

Respectfully yours,

Tamicka Graham

*Tamicka Graham* (signature)

**CV 11 4682**

**FEUERSTEIN, J**

**TOMLINSON, M**