| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON          DATE:   2/21/12
          U.S. MAGISTRATE JUDGE           TIME:   10:00 AM

*Graham v. RJM Acquisition, LLC*, **CV 11-4682 (SJF) (AKT)**

TYPE OF CONFERENCE: **TELEPHONE STATUS CONFERENCE**

APPEARANCES:   Plaintiff    Tamicka Graham, Pro Se – **NO APPEARANCE**

               Defendant    Jonathan Elliot
                            Kristen Zaehringer

SCHEDULING:

And Order To Show Cause hearing is now scheduled by telephone for March 13, 2012 at 2 p.m.

THE FOLLOWING RULINGS WERE MADE:

1.  The plaintiff pro se did not appear for this morning's conference and has not responded to the defendant's discovery demands that she was directed to do in the Court's December 9, 2011 Civil Conference Minute Order. Therefore, I am issuing an Order To Show Cause directing plaintiff's appearance by telephone on March 13, 2012. The Order to Show Cause is entered separately. If plaintiff fails to appear at the time, I will issue a formal Report and Recommendation to Judge Feuerstein that her case be dismissed for failure to prosecute.

2.  In the interim, defendant's motion to compel is granted and plaintiff is required to serve the appropriate responses on defendant's counsel no later than March 7, 2012.

3.  Defendant's counsel is directed to serve a copy of this Order as well as the accompanying Order To Show Cause upon plaintiff pro se forthwith and to file proof of service on ECF.

                                            SO ORDERED

                                            /s/ A. Kathleen Tomlinson
                                            A. KATHLEEN TOMLINSON
                                            U.S. Magistrate Judge